RECEIVED
NOV 30 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.:2:13-00262-04 |
| VERSUS | |
| JAMIE GARZA (04) | JUDGE DEE D. DRELL<br>MAG. JUDGE HANNA |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Vacate (Doc. 214) is **DISMISSED WITH PREJUDICE** as untimely under 20 U.S.C. §2255(f).

**SIGNED** this 30th day of November 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT